# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| First International Bank & Trust, as Trustee of the Clarence and E. Mae Helling Family Trust, | ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Oasis Petroleum North America LLC, | ) ) | Case No. 1:18-cv-067 |
| Defendant. | ) ) | |

On February 27, 2020, the parties filed a Stipulation to Extend Deadline to Respond to Amended Complaint and a Stipulation to Extend Deadline. The court **ADOPTS** the parties' stipulations (Doc. Nos. 57 and 58). Defendant shall have until March 11, 2020, to respond to Plaintiff's amended complaint. Once the court has ruled on the pending appeal of the magistrate judge's order granting plaintiff's motion for leave to amend its complaint, the parties shall have 21 days to file motions to bifurcate the trial.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court